■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ORLANDO GUERRA, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Berkowitz, J.), rendered April 3, 1989.

Ordered that the appeal is dismissed (see, People v Seaberg,

74 NY2d 1). Thompson, J. P., Kunzeman, Eiber, Rosenblatt and Ritter, JJ., concur.